Jordan Deckenbach, Colorado State Bar No. 54472
Asst. Federal Public Defender
Ewing T. Kerr Federal Building
111 South Wolcott Street, Room 312
Casper, WY 82601
307-772-2781
Jordan.Deckenbach@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 20-CR-19-S |
| ROBERT CRAIG OLIVER, | |
| Defendant. | |

**MOTION FOR ORDER DIRECTING PAYMENT OF ONE-WAY
TRANSPORTATION AT GOVERNMENT EXPENSE**

Robert Craig Oliver, by and through counsel, Assistant Federal Public Defender Jordan Deckenbach, pursuant to 18 U.S.C.§ 4285, respectfully moves this Court for an Order directing the United States Marshal to pay one-way travel expenses for Mr. Oliver to travel from Pheasant Grove, Utah to U.S. District Court in Casper, Wyoming on or before August 27, 2021, for his sentencing hearing in the above-captioned matter.

Mr. Oliver further moves that the order issuing from this motion extend the order to reimburse to any date that the above-reference hearing might be moved to.

DATED this 23rd day of August 2021.

                              Respectfully submitted,

                              VIRGINIA L. GRADY
                              Federal Public Defender

                              */s/ Jordan Deckenbach*
                              Jordan Deckenbach
                              Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, the foregoing was electronically filed and consequently served on counsel of record.

                              */s/ Jordan Deckenbach*
                              Jordan Deckenbach